IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-432 |
| SATISH SURI | : | |

### ORDER

AND NOW, this 3rd day of June, 2014, upon consideration of the Government's Motion to Dismiss Counts 2 - 18 and Count 20 of the Superseding Indictment as to Defendant Satish Suri, it is hereby

ORDERED

that Counts 2 – 18 and Count 20 in Superseding Indictment No. 14-432 as to defendant Satish Suri are dismissed.

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*